IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ACER INC., and ACER AMERICA
CORPORATION

        Plaintiffs,

v.

HEWLETT-PACKARD COMPANY,

        Defendants

Civil Action No. 07 C 0620 C

**ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**

**ORDER**

1. All asserted claims and counterclaims that are pending in the above-captioned action are hereby dismissed without prejudice.

2. Each of the Parties will bear its own attorneys' fees, costs, and other expenses incurred in the above-captioned actions to date.

**IT IS SO ORDERED.**

Dated: June 9, 2008

The Honorable Barbara B. Crabb
United States District Court Judge

Copy of this document has been provided to: Atty. Alcock
USA VIA NEF
this 9 day of June, 2008
by
M. Hardin, Secretary to
Judge John C. Shabaz

WEST\21438806.1